JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE FITZGERALD, KATHRYN FITZGERALD and SHERYL FITZGERALD, <br><br> Plaintiffs, <br><br> v. <br><br> COLUMBIA DEBT RECORY, LLC d/b/a GENESIS CREDIT MANAGEMENT LLC ; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 through 10, inclusive, and each of them. <br><br> Defendants. | Case No. 8:20-CV-02299-CJC-ADS <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated:  December 13, 2021

_____
Honorable Judge of the District Court

Order to Dismiss - 1